ISRAEL S. SHERMAN, Respondent, v. DAVID WEISS, ROCKNEY REALTY Co., INC., SADENET REALTY Co., INC., SOLARON REALTY, INC., JACKNET REALTY CORP., Defendants; LOUNAT CONSTRUCTION Co., INC., Appellant.— In an action to set aside a conveyance of real property on the ground that it was fraudulent and void

as against creditors, order denying motion of defendant Lounat Construction Co., Inc., to dismiss the complaint for want of prosecution affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.